```
                             United States Bankruptcy Court
                              Northern District of Alabama
In re:                                                             Case No. 14-82937-JAC
David Strickland                                                   Chapter 7
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 1126-8         User: mahagan            Page 1 of 1          Date Rcvd: Feb 05, 2015
                             Form ID: b18             Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2015.
```
db            +David Strickland,    108 Michigan Blvd.,    Muscle Shoals, AL 35661-2730
8445087       +1st Franklin Financial,    PO Box 2146,    Muscle Shoals, AL 35662-2146
8445088       +Amerifinancial Solutions,    PO Box 602570,    Charlotte, NC 28260-2570
8445090        Cavalry Portfolio Services,    PO Box 15372,    Wilmington, DE 19850-5372
8445091       +Credit Bureau Systems,    PO Box 3227,    Tuscaloosa, AL 35403-3227
8445096       +Listerhill Credit Union,    c/o C. Howard Grisham Attorney,    PO Box 5585,
                Huntsville, AL 35814-5585
8445102       +Smith Rouchon and Associates,    1110 Bradshaw Drive,    Florence, AL 35630-1438
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           +E-mail/Text: bnc_notices_northern@alnba.uscourts.gov Feb 06 2015 01:11:09     Richard Blythe,
                BA Decatur,   P O Box 3045,    Decatur, AL 35602-3045
8445086        E-mail/Text: dhrcscbu@dhr.alabama.gov Feb 06 2015 01:10:12
                Alabama Department of Human Resources,    50 N. Ripley Street,    Montgomery, AL 36130-1001
8445089        EDI: CAPITALONE.COM Feb 06 2015 00:53:00     Capital One,    PO Box 30285,
                Salt Lake City, UT 84130-0285
8445092        EDI: DISCOVER.COM Feb 06 2015 00:53:00     Discover Financial Services,    PO Box 30954,
                Salt Lake City, UT 84130-0954
8445093       +EDI: HFC.COM Feb 06 2015 00:53:00     HSBC Bank,    PO Box 9,    Buffalo, NY 14240-0009
8445094       +EDI: RMSC.COM Feb 06 2015 00:53:00     JC Penney,    PO Box 960001,    Orlando, FL 32896-0001
8445095        EDI: JEFFERSONCAP.COM Feb 06 2015 00:53:00     Jefferson Capital Systems LLC,    PO Box 23051,
                Columbus, GA 31902-3051
8445098       +EDI: MID8.COM Feb 06 2015 00:53:00     Midland Funding,    8875 Aero Drive, Suite 200,
                San Diego, CA 92123-2255
8445099        EDI: PRA.COM Feb 06 2015 00:53:00     Portfolio Recovery,    120 Corporate Blvd Ste 1,
                Norfolk, VA 23502
8445101        EDI: CITICORP.COM Feb 06 2015 00:53:00     Shell/Citibank,    PO Box 6497,
                Sioux Falls, SD 57117-6497
8445103       +EDI: WTRRNBANK.COM Feb 06 2015 00:53:00     Target,    PO Box 9475,    Minneapolis, MN 55440-9475
                                                                                              TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8445097       ##+Medical Associates of The Shoals,    203 Avalon Ave Ste 130,    Muscle Shoals, AL 35661-2855
8445100       ##+Revenue Recovery Corporation,    612 Gay Street,    Knoxville, TN 37902-1603
                                                                                  TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2015                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2015 at the address(es) listed below:
```
              Barry N Brannon    on behalf of Debtor David  Strickland brannonbarry@yahoo.com,
               beckyabrannon1212@gmail.com;nikiadrian18@gmail.com;tashamitchell813@yahoo.com
              Judith   Thompson    judith@al-bk.com, AL03@ecfcbis.com
                                                                                             TOTAL: 2
```

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
NORTHERN DISTRICT OF ALABAMA
Northern Division
400 Well Street
P. O. Box 2775
Decatur, AL 35602

Case No. <u>14–82937–JAC7</u>
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
David Strickland
108 Michigan Blvd.
Muscle Shoals, AL 35661

Social Security / Individual Taxpayer ID No.:
xxx−xx−7561

Employer Tax ID / Other nos.:

# DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: <u>2/5/15</u>     <u>Jack Caddell</u>
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**ATTENTION DEBTOR:     IMPORTANT DOCUMENT!     PLEASE KEEP FOR YOUR RECORDS!**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**